# United States District Court
# Central District of California

| | |
|---|---|
| MICHAEL ROCCA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WKS RESTAURANT CORPORATION;<br>CPI PROPERTIES; CPOI PROPERTIES,<br>LLC,<br><br>　　　　　Defendants, | Case No. 5:14-cv-01780-ODW(KKx)<br><br>**ORDER CONTINUING TO SHOW CAUSE** |

　　　Based on Plaintiff Michael Rocca's Response to the October 10, 2014 Order to Show Cause Re. Lack of Prosecution (ECF No. 10), the Court hereby **CONTINUES** the Order to Show Cause.  Rocca indicates that he has reached a settlement with Defendant WKS Restaurant Corporation.  Therefore, Rocca is **ORDERED TO SHOW CAUSE**, in writing, **no later than Thursday, November 6, 2014**, why settlement with WKS has not been finalized.  No hearing will be held.  This Order will be discharged upon the filing of a dismissal in accordance with the Federal Rules of Civil Procedure.

　　　**IT IS SO ORDERED.**

　　　October 17, 2014

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**